# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

ANNA CLEMONS                                                                                                                PLAINTIFF

V.                                           CASE NO. 3:17-cv-15 CWR-FKB

ALLSTATE PROPERTY AND CASUALTY                          DEFENDANT
INSURANCE COMPANY

## ORDER DENYING AS MOOT MOTION
## FOR ADDITIONAL TIME TO RESPOND TO DISCOVERY

Before the Court is Defendant Allstate Insurance Company's Motion for Additional Time to File Responses to Discovery [33]. In its motion, Allstate had requested to be relieved of responding to Plaintiff's discovery requests until the Court could rule on Plaintiff's Motion to Continue Summary Judgment [15] made pursuant to Rule 56(d). Allstate has since advised that, out of caution, it has now served responses to all of Plaintiff's outstanding discovery requests. It is therefore unnecessary to rule on Allstate's request for more time.

For these reasons, Allstate's Motion [33] is DENIED AS MOOT.

IT IS SO ORDERED, this the 13th day of July, 2017.

                                                                  /s/ F. Keith Ball
                                                                  UNITED STATES MAGISTRATE JUDGE